IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN MICHAEL BATTS, | |
| Plaintiff, | **8:23CV371** |
| vs. | |
| CITY OF GRAND ISLAND, Political Subdivision of Nebraska; KEVIN DENNEY, Chief of Police; B. BROOKS, Officer; M.R. ANDERSON, Officer, #446; HERROLD, Officer, #445; KEIPER, Officer, #320; HOUSE, Officer, #428; and STEGMAN, Officer, #450; | **ORDER** |
| Defendants. | |

This matter is before the Court on its own motion.  On August 21, 2023, Plaintiff filed a Complaint, Filing No. 1, while he was incarcerated in the Hall County Jail in Grand Island, Nebraska.  According to the Hall County Jail's online inmate records, Plaintiff is no longer confined at the jail.  *See* https://reports.hallcountyne.gov/inmates/current_inmates.php (last visited Feb. 5, 2025). Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days).  This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1.    Plaintiff must update his address within 30 days.  Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2.     The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **March 7, 2025**: check for address.

Dated this 5th day of February, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge